UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(Hon. Janis L. Sammartino)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20cr1655-JLS |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **MOTION HEARING/TRIAL SETTING** |
| v. | ) | |
| | ) | |
| JARET AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Defendant Jaret Avalos' motion hearing/trial setting be continued from November 20, 2020 to December 18, 2020, at 1:30 P.M.  Defendant shall file an acknowledgement of the new hearing date by December 4, 2020.

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

    IT IS SO ORDERED.

Dated:  November 17, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge